FILED: January 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4518
(5:15-cr-00099-FL-1)

_____

UNITED STATES OF AMERICA

　　Plaintiff - Appellee

v.

JONATHAN HOUGH, a/k/a Tre

　　Defendant - Appellant

_____

O R D E R

_____

The court suspends the briefing schedule pending further order of the court.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk